■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD JACKSON, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered March 27, 1980, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed for the reasons stated in *People v Alexander* (91 AD2d 666). Gibbons, J. P., O'Connor, Rubin and Boyers, JJ., concur.